COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Stella D. Salmeron v. Dell, Inc.

Appellate case number:   01-19-00922-CV

Trial court case number:  1138976

Trial court:             County Civil Court at Law No. 1 of Harris County, Texas

On April 29, 2021, this Court issued a memorandum opinion affirming the judgment of the county court which dismissed Appellant Stella D. Salmeron's claims against Appellee Dell, Inc. with prejudice. Thereafter, this Court granted two motions for extension of time to file rehearing or en banc reconsideration filed by Appellant, but denied her third motion for extension, making any motion for rehearing due on October 28, 2021. In our order denying her third motion for extension, we noted that we had previously stated that no additional extensions would be granted.

On October 28, 2021, Appellant filed a fourth Motion for "Extension of Time to File Motion to Rehearing or En Banc Reconsideration." Appellant's fourth motion for extension of time to file a motion for rehearing or en banc reconsideration is **denied**.

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra

☒ Acting individually     ☐ Acting for the Court

Date: November 18, 2021